IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAT AMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL RECEIVABLES SOLUTIONS, INC.,<br><br>　　　　　Defendant. | **8:17CV395**<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No.18),

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

April 16, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge